ELEDE Co., INC., Individually and ELEDE Co., INC., Suing on Behalf of Itself and All Other Persons or Corporations Similarly Situated, Respondents, v. LUCKY FURNITURE Co., INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

BENJAMIN BLOCK and Others, Respondents, v. THE PENNSYLVANIA EXCHANGE BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

IRVING TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased; Respondent, v. JOHN S. SORENSON, Defendant, Impleaded with MORRIS ROSENBLUM and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

ANITA BLOOM, as Administratrix, etc., of JOSEPH BLOOM, Respondent, v. MONARCH TRANSPORTATION Co., INC., and EDWARD J. FUSCO, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

UNITED PLUMBERS SUPPLY COMPANY, INC., Respondent, v. PITTSBURGH PLATE GLASS COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

RUTH ABIS, an Infant, by ABRAHAM J. ABIS, Her Guardian ad Litem, and ABRAHAM J. ABIS, Respondents, v. HANA SALZMAN, Appellant.*— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Ruth Abis,

*Appeal dismissed, 264 N. Y. 673.

an infant, by Abraham J. Abis, her guardian *ad litem*, to the sum of $750, and in favor of the plaintiff Abraham J. Abis to the sum of $200; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

CATHERINE REYNOLDS, as Administratrix, etc., of CHARLES REYNOLDS, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.